```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------X
JONATHAN PAUL CATLIN,
                                                    CERTIFICATE OF SERVICE
                        Plaintiff,                  15-CV-6214

        -against-

LTD FINANCIAL SERVICES, LP,

                        Defendant(s).
---------------------------------------X
```

A copy of the Answer and Rule 7.1 Disclosure was served by first-class mail on May 19, 2015 upon:

JONATHAN PAUL CATLIN
Defendant, pro Se
P.O. Box 621
Naples, NY  14512

_____
ARTHUR SANDERS, ESQ. (AS1210)
Attorney for defendant
30 South Main Street
New City, NY  10956
845-499-2990