# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Paul Catlin<br>Plaintiff<br><br>vs.<br><br>LTD Financial Services, LP<br>Defendant | CASE NO. 15 cv 6214<br><br>JUDGE: Hon. David G. Larimer<br><br>MAGISTRATE JUDGE:<br>Hon. Marion W. Payson<br><br>NOTICE OF MOTION |

UNITED STATES DISTRICT COURT FILED AUG 19 2015 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE, that the undersigned will bring a motion for the Court to render partial summary judgment in the plaintiff's favor on the above-captioned case, before this Court on a date and time which will be provided by the Court later.

Dated: 8/17/15

Respectfully Submitted

Jonathan Paul Catlin

Jonathan Paul Catlin
c/o PO Box 621
Naples, New York
cell: 208-627-3950
e-mail: myfriendstenthousand@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Paul Catlin<br>Plaintiff<br><br>vs.<br><br>LTD Financial Services, LP<br>Defendant | CASE NO. 15 cv 6214<br><br>JUDGE: Hon. David G. Larimer<br><br>MAGISTRATE JUDGE:<br>Hon. Marion W. Payson |

**PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS SUPPORTING SUMMARY JUDGMENT**

Plaintiff, Jonathan Paul Catlin, provides the following statement of undisputed facts in support of his motion for partial summary judgment.

1. Plaintiff has made no agreement or contract with defendant at any time. Unanswered Admissions REQUEST #3, Plaintiff's First Set of Discovery Requests to Defendant LTD Financial Services, LP, page 18, line 24.

2. The defendant has no contract with plaintiff. Unanswered Admissions REQUEST #13, Plaintiff's First Set of Discovery Requests to Defendant LTD Financial Services, LP, (Docket document #11) page 19, line 32.

3. Plaintiff did not give defendant express consent to call plaintiff prior to plaintiff's notification of pending lawsuit. Unanswered Admissions REQUEST #4, Plaintiff's First Set of Discovery Requests to Defendant LTD Financial Services, LP, (Docket document #11) page 18, lines 28-29.

4. Defendant did not have a lawful reason to call or contact plaintiff prior to the plaintiff's notification of pending lawsuit. Unanswered Admissions REQUEST #5, Plaintiff's First Set of

Discovery Requests to Defendant LTD Financial Services, LP, (Docket document #11) page 18, lines 33-34.

5. Phone number 585-348-0991 is not a landline and was not a landline at any time after assignment to plaintiff. Unanswered Admissions REQUESTS #6 and 7, Plaintiff's First Set of Discovery Requests to Defendant LTD Financial Services, LP, (Docket document #11) page 19, lines 3-7.

6. Defendant called 585-348-0991 using an autodialer. Unanswered Admissions REQUEST #8, Plaintiff's First Set of Discovery Requests to Defendant LTD Financial Services, LP, (Docket document #11) page 19, line 11.

7. Defendant called plaintiff's cell phone at 585-348-0991 four times. Jonathan Paul Catlin Affidavit March 24, 2015, p. 1, paragraph 3 and the attached photograph (Included on the record as Exhibit A of plaintiff's original complaint, Docket document #1). Defendant's Rule 26 initial mandatory disclosures, Exhibit A, p. 2, which was untimely served by e-mail to plaintiff on August 4, 2015. Since the defendant failed to file its initial mandatory disclosures on the court record, the relevant page is included in Exhibit D of the accompanying memorandum.

7. Defendant admits that using an autodialer to call a wireless number is a violation of the Telephone Consumer Protection Act (47 U.S.C. §227). Unanswered Admissions REQUEST # 12, Plaintiff's First Set of Discovery Requests to Defendant LTD Financial Services, LP, (Docket document #11) page 19, line 28.

Dated: 8/17/15

Respectfully Submitted,

Jonathan Paul Catlin

Jonathan Paul Catlin
Plaintiff *Pro Se*
Post Office Box 621
Naples, New York 14512
Cell: (208) 627-3950
Email: myfriendstenthousand@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on this 17 th day of August, 2015, a true and correct copy of the foregoing Plaintiff's Statement of Facts Supporting Summary Judgment, is served by electronic mail on Arthur Sanders, counsel for the defense, at the following e-mail addresses: asanders@arthursanderslaw.com and asanders@bn-lawyers.com.

Jonathan Paul Catlin
Plaintiff *Pro Se*
Post Office Box 621
Naples, New York 14512
Cell: (208) 627-3950
Email: myfriendstenthousand@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

Jonathan Paul Catlin
Plaintiff

vs.

LTD Financial Services, LP
Defendant

CASE NO. 15 cv 6214

JUDGE: Hon. David G. Larimer

MAGISTRATE JUDGE:
Hon. Marion W. Payson

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER FRCP 56

Plaintiff, Jonathan Paul Catlin, asks the Court to render partial summary judgment against Defendant, LDT Financial Services, LP, as authorized by Federal Rule of Civil Procedure 56.

## A. INTRODUCTION

1. Plaintiff is Jonathan Paul Catlin; defendant is LTD Financial Services, LP.

2. On April 13, 2015, plaintiff sued defendant for violations of 47 U.S.C. §227.

3. On May 19, 2015, defendant filed its answer to plaintiff's complaint (Document #4).

4. On July 7, 2015, plaintiff served Plaintiff's First Round of Discovery Requests on defendant (Document #11). Included on pages 18-19 are requests for Admission under Federal Rule of Civil Procedure 36. Defendant failed to answer the requests for admission within the specified 30 day time period.

5.     Plaintiff files this motion for partial summary judgment on his claim for statutory damages for violations of the Telephone Consumer Protection Act, 47 U.S.C. §227. Summary judgment should be granted in this case because the summary-judgment evidence establishes all elements of plaintiff's claim as a matter of law.

## B. STATEMENT OF FACTS

6.     A statement of undisputed facts accompanies this motion, as required by Local Rule 56.

## C. ARGUMENT

7.     Summary judgment is proper in a case in which there is no genuine dispute of material fact. Fed. R. Civ. P. 56(a); Scott v. Harris, 550 U.S. 372, 380 (2007); Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986). A plaintiff moving for summary judgment satisfies his burden by submitting summary-judgment proof that establishes all elements of his claim as a matter of law. San Pedro v. United States, 79 F.3d 1065, 1068 (11th Cir. 1996). Plaintiff must show that no reasonable trier of fact could find other than for plaintiff. Calderone v. United States, 799 F.2d 254, 259 (6th Cir. 1986).

8.     To prevail on his claim that defendant violated the Telephone Consumer Protection Act (47 U.S.C. §227) with respect to plaintiff, plaintiff must prove the following elements as a matter of law: defendant used an autodialer to call plaintiff on his cellular phone a specific number of times and defendant had not received plaintiff's express consent to be called on his cell phone. Because there are no genuine disputes of material fact on any element of defendant's violations of the Telephone Consumer Protection Act (47 U.S.C. §227) with respect to plaintiff, plaintiff is entitled to summary judgment as a matter of law.

## D. SUMMARY-JUDGMENT EVIDENCE

9.     In support of his motion, plaintiff includes evidence in the attached Exhibit D, which is incorporated by reference into the motion. Evidence already on the official court record is incorporated by referencing the corresponding docket document number. The motion for summary judgment is based on the following evidence:

    a.     Admissions. Defendant's admissions numbers 3-8, 12, and 13 (Docket document #11, p. 18-19) establish that defendant had no consent, implied or express, from

plaintiff to call plaintiff; defendant called plaintiff at 585-348-0991 using an autodialer in violation of the TCPA; and plaintiff's number 585-348-0991 is not and was not a landline since being assigned to plaintiff.

b. Other exhibits. Plaintiff's affidavit and picture of his cell phone screen, attached to plaintiff's original complaint as Exhibit A (Docket document #1), establishes that defendant called plaintiff's cell phone four times. Defendant's Rule 26 initial disclosure, which was untimely served by e-mail to plaintiff, confirms in its Exhibit A that defendant called plaintiff's cell number of 585-348-0991 four times (the relevant page is attached in Exhibit D).

## E. FILING FEES AND COSTS

10. The plaintiff is not seeking the payment of attorney fees, but respectfully requests the court to award filing fees and other documented costs of this suit in the amount of $450.00. See Exhibit E for photocopies of receipts.

11. The plaintiff also respectfully requests that the court consider awarding his reasonable cost of time to pursue the suit, in the amount of $700.00. Plaintiff's affidavit of his customary minimum wage in his usual trades and of his hours spent on this suit is attached as Exhibit F, along with a log sheet detailing the time spent pursuing this suit.

## C. CONCLUSION

11. The material facts of defendant's violations of the Telephone Consumer Protection Act (47 U.S.C. §227), as alleged by the plaintiff, have been admitted and/or uncontested by the defendant and therefore cannot be in dispute. For this reason, plaintiff asks the Court to grant this motion and render a partial summary judgment in plaintiff's favor, awarding statutory damages and leaving actual and punitive damages to be awarded by the jury.

Dated: 8/17/15

Respectfully Submitted

Jonathan Paul Catlin

Jonathan Paul Catlin

c/o PO Box 621
Naples, New York
cell: 208-627-3950
e-mail: myfriendstenthousand@gmail.com

15-cv-6214: Memorandum for Motion for Summary Judgment
4

Exhibit D

STATE OF NEW YORK )
) ss
COUNTY OF Ontario )

AFFIDAVIT OF JONATHAN PAUL CATLIN

Before me, the undersigned notary, on this day personally appeared Jonathan Paul Catlin, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. "My name is Jonathan Paul Catlin. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. On August 4, 2015, LTD Financial Services, LP, through it's attorney, Arthur Sanders, Esq., untimely served the affiant with Rule 26 Initial Mandatory Disclosures for federal case number 15-cv-6214 by email.

3. The attached page is a true and correct copy of page 2 of Exhibit A of the aforementioned Disclosures as I received it."

Jonathan Paul Catlin — 8/17/15
Jonathan Paul Catlin — Date

State of New York
County of Ontario

Subscribed and sworn to (or affirmed) before me on this 17 day of August, 2015 by Jonathan Paul Catlin, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Vicky L. Martin (Seal)
Notary Public

VICKY L. MARTIN
Notary Public, State of New York
Ontario County
My Commission Expires 3/1/19
Reg. # 01MA6245427

[illegible] 04/[illegible]
[illegible]

[illegible] FIN SVCD YR2090 [illegible]
ACCOUNT INFORMATION

PAGE 2
SURP340
TIFFANIE[illegible]

[illegible] TRANSACTIONS ACCOUNT NUMBER: CAB xxxxxxxxxxxx4919 REFERENCE NUMBER: 018896569

| LETTER CODE | DUE DATE | SENT DATE |
|---|---|---|
| 01 | 2014[illegible] | 2014[illegible] |

[illegible] COMMENTS ACCOUNT NUMBER: CAB xxxxxxxxxxxx4[illegible] REFERENCE NUMBER: [illegible]

| DATE | TIME | PLACE | WHO | COMMENT | COLLECTOR | STATUS |
|---|---|---|---|---|---|---|
| [illegible] | 9:[illegible]:28 | * | * | NEW IMAGE ON FILE. PLEASE REVIEW | | |
| [illegible] | 9:26:22 | * | * | NEW IMAGE ON FILE. PLEASE REVIEW | | |
| 2014/0[illegible]/06 | 1[illegible]:13:56 | | | Trigger: account monitoring removed | | |
| 2014/03/05 | 15:27:54 | * | * | NEW IMAGE ON FILE. PLEASE REVIEW | | |
| 2014/02/27 | 7:58:34 | | | A/R entered H,AMN | 11914 | |
| 2014/02/27 | 7:58:37 | | | H 5853480991 dialed | 11914 | |
| 2014/02/25 | 23:17:[illegible] | | | Trigger: account being monitored by vendor | | |
| 2014/02/24 | 19:07:21 | | | A/R entered O AMN | 11925 | |
| 2014/02/24 | 19:07:41 | O | O | pl vm nml | 11925 | 2[illegible] |
| 2014/02/15 | 9:37:12 | | | A/R entered O,NOA | 11928 | |
| 2014/02/15 | 9:37:19 | H | O | noa nml | 11928 | 2[illegible] |
| 2014/02/08 | 10:44:12 | | | A/R entered O AMN | 11925 | |
| 2014/02/08 | 10:44:23 | O | C | pl vm nml | 11925 | 235 |
| 2014/02/06 | 10:33:44 | | | A/R entered H AMN | 11923 | |
| 2014/02/06 | 1[illegible]:33:44 | | | H 5853480991 dialed | 11923 | |
| 2014/02/06 | 15:20:[illegible] | M | [illegible] | COMPLETED RE-DISPUTE [illegible] BY WILLIAM [illegible] | 11925 | 2[illegible] |
| [illegible]14/02/05 | 19:0[illegible] | | | A/R entered H NOA | 11921 | |
| 2014/02/05 | 19:01:08 | | | H 5853480991 dialed | 11921 | |
| [illegible]14/02/05 | [illegible]:01:[illegible] | H | O | noa nml | 11921 | 100 |
| [illegible]14/01/29 | 34:59 | | | *** No Bkrpcy / Dec. info. received *** | | |
| 2014/01/29 | 35:02 | | | ***** TRANS UNION LOCATOR INFO REQUESTED ***** | | 000 |
| 2014/01/29 | 52:27 | | | *** LEXIS NEXIS INFORMATION REQUESTED *** | | 000 |
| 2014/01/29 | 10:42:44 | | | *** LEXIS NEXIS INFORMATION RETURNED ***** | | |
| [illegible]14/01/29 | 10:42:44 | | | ***** CBCinnovis INFORMATION REQUESTED ***** | | 000 |
| 2014/01/29 | 14:36:26 | | | A/R entered H,NOA | 11922 | |
| [illegible]14/01/29 | 14:36:37 | | | H 5853480991 dialed | 11922 | |
| 2014/01/27 | 14:37:1[illegible] | H | O | no answer | 11922 | 100 |
| 2014/01/29 | 23:15:3[illegible] | C | O | FIRST LETTER SENT AUTOMATICALLY | 15555 | |
| [illegible]14/01/28 | 16:00:0[illegible] | | | ***** Score - BFP and [illegible] Information Requested ***** | | |

[illegible] COMMENTS ACCOUNT NUMBER: CAB xxxxxxxxxxxx4919 REFERENCE NUMBER: 018896569

Y 000000[illegible] 2014[illegible]128 Y
20140129 2014022[illegible]
2014021[illegible] 20140306 [illegible]
4449
02/17/20[illegible]
OA JUDGEMENT DATE: JUDGEMENT AMOUNT: [illegible]
NT ONC 20131008 [illegible] 0935 A STAT ACCT [illegible] VISA [illegible]
NT ONC 2013100[illegible] CE ACCT [illegible]
NT ONC 2013101[illegible] ***SUMMARY*** [illegible] STATUS [illegible]
NT ONC 20131013 [illegible]
NT ONC 2013101[illegible] ***SUMMARY*** ACTION ENTR[illegible] PROMISE-PAYS [illegible]

Exhibit E

Court Name: US District Court - NY Weste
rn
Division: 6
Receipt Number: ROC007884
Cashier ID: Rjfolwe
Transaction Date: 04/13/2015
Payer Name: JONATHAN CATLIN

CIVIL FILING FEE
For: JONATHAN CATLIN
Case/Party: D-NYW-6-15-CV-006214-001
Amount: $400.00

PAPER CHECK CONVERSION
Check/Money Order Num: 22710178080
Amt Tendered: $400.00

Total Due: $400.00
Total Tendered: $400.00
Change Amt: $0.00

CIVIL FILING FEE FROM JONATHAN
CATLIN, PO BOX 621, NAPLES, NY
14512 RE 15-CV-6214.

NOTICE:

Payment by check will result in a one-time electronic fund transfer (EFT) from your account. Funds may be withdrawn within 24 hours. If there are insufficient funds, we will impose a $53.00 fee to be collected by EFT.



# Sparre Process Serving

SPARRE PROCESS

April 27, 2015

To: Cherity

myfriendstenthousand@gmail.com

Invoice #544716

We appreciate your business. This invoice is payable within 30 days.

Thank you.

| | |
|---|---|
| Custom Amount | $50.00 |
| **Subtotal** | **$50.00** |
| **Total** | **$50.00** |

# Exhibit F

STATE OF NEW YORK )
) ss
COUNTY OF Ontario )

AFFIDAVIT OF JONATHAN PAUL CATLIN

Before me, the undersigned notary, on this day personally appeared Jonathan Paul Catlin, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. "My name is Jonathan Paul Catlin. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. Because I have not been represented by an attorney for federal case no. 6:15-cv-6214, I have been required to put my own time, which might otherwise have been spent working for compensation, into preparing and filing the suit and related correspondence and documents for case no. 6:15-cv-6214.

3. To date, I have invested 28 hours in preparations and filings for this case.

4. My customary minimum wage when working in my usual crafts is twenty-five dollars per hour ($25/hr).

5. The attached time sheet is an accurate reflection of my time investment in the aforementioned case, to the best of my knowledge."

Jonathan Paul Catlin [signature] 8/17/15
Jonathan Paul Catlin Date

State of New York
County of Ontario

Subscribed and sworn to (or affirmed) before me on this 17 day of August, 2015 by Jonathan Paul Catlin, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Vicky L. Martin [signature] (Seal)
Notary Public

VICKY L. MARTIN
Notary Public, State of New York
Ontario County
My Commission Expires 8/1/19

| Jonathan Paul Catlin's Time Sheet for Catlin v. LTD Financial Services, LP. Case no. 6:15cv06214 | | | |
|---|---|---|---|
| | | | |
| Date | Project | Time | Cost |
| 2/27/2015 | Data logging and documentation | 0.5 | $12.50 |
| 3/11/2015 | Data analysis and research | 0.5 | $12.50 |
| 3/19/2015 | Drafting complaint and notice of pending suit | 3 | $75.00 |
| 3/20/2015 | Final draft complaint and notice of pending suit | 1 | $25.00 |
| 3/24/2015 | notorizing affidavit and mailing notice of pending suit | 1 | $25.00 |
| 3/30/2015 | Documenting delivery confirmation for notice | 0.25 | $6.25 |
| 4/24/2015 | Arranging service | 1 | $25.00 |
| 4/27/2015 | Service of summons and complaint | 0.25 | $6.25 |
| 5/19/2015 | Reading answer, filing | 0.5 | $12.50 |
| 6/18/2015 | Scheduling order dates | 0.5 | $12.50 |
| 7/7/2015 | Scheduling conference and first discovery requests | 5 | $125.00 |
| 7/27/2015 | preparing motion to compel disclosures | 3 | $75.00 |
| 7/28/2015 | preparing motion to compel disclosures | 2 | $50.00 |
| 7/29/2015 | preparing and filing motion to compel disclosures | 1 | $25.00 |
| 8/10/2015 | preparing motion for summary judgment | 2 | $50.00 |
| 8/11/2015 | preparing motion for summary judgment | 4 | $100.00 |
| 8/13/2015 | preparing motion for summary judgment | 1 | $25.00 |
| 8/12/2015 | Preparing motion for summary judgment | 1 | $25.00 |
| 8/16/2015 | Preparing motion for summary judgment | 0.5 | $12.50 |
| | | | |
| | Total hours spent | 28 | |
| | Total Cost at $25 per hour | | **$700.00** |

**CERTIFICATE OF SERVICE**

I certify that on this 17th day of August, 2015, a true and correct copy of the foregoing Plaintiff's Notice of Motion for Summary Judgment, with memorandum and exhibits, is served by electronic mail on Arthur Sanders, counsel for the defense, at the following e-mail addresses: asanders@arthursanderslaw.com and asanders@bn-lawyers.com.

Jonathan Paul Catlin

Jonathan Paul Catlin
Plaintiff *Pro Se*
Post Office Box 621
Naples, New York 14512
Cell: (208) 627-3950
Email: myfriendstenthousand@gmail.com

Jonathan Catlin
PO Box 621
Naples, NY 14512
UNITED STATES POSTAL SERVICE
1000
14614
U.S. POSTAGE
PAID
NAPLES,NY
14512
AUG 17,15
AMOUNT
$1.64
00015185-04
Clerk, US District Court
2330 United States Courthouse
100 State Street
Rochester, NY 14614