*Jonathan Catlin*

Post Office Box 621

Naples, New York

cell: 208-627-3950

myfriendstenthousand@gmail.com

August 19, 2015

Honorable Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York 14614
Telephone: 585-613-4080
Fax: 585-613-4085

**RECEIVED AUG 19 2015**
MARIAN W. PAYSON
U.S. Magistrate Judge
Western District of New York

Re:   *Jonathan Paul Catlin v. LTD Financial Services, LP*
      USDC WD NY; Civil Case No.: 15-CV-6214-DGL-MWP

Your Honor,

I am the plaintiff *pro se* in the above-entitled action. The parties currently have an initial mediation deadline of October 6, 2015. Due to some family and travel obligations, I would like to respectfully request that the initial mediation deadline be extended to October 21, 2015. I have conferred with Arthur Sanders, Esq, counsel for the defense, and he consents to this change.

Respectfully,

Jonathan Paul Catlin, *Pro se*

Cc:   Arthur Sanders, Esq.
      Barron & Newburger, P.C.
      Attorneys for the defendant
      30 South Main Street
      New City, NY 10956
      845-499-2990
      Fax: 845-499-2992

Request granted.
SO ORDERED.
Marian W Payson
USMJ
8/19/15