UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JONATHAN PAUL CATLIN,

                              Plaintiff,

                                                                              <u>ORDER</u>

                                                                                 15-CV-6214L

                            v.

LTD FINANCIAL SERVICES, LP,

                              Defendant.
_____

       This case has been ordered to mediation. The parties have selected a mediator and the date to hold the first meeting has been extended to October 21, 2015. By letter dated August 20, 2015, counsel for defendant seeks to delay resolution of plaintiff's summary judgment motion and also to defer mediation until the summary judgment motion has been decided.

       The parties are ORDERED AND DIRECTED to continue to proceed with mediation. The mediation process almost always occurs at the very early stages of the case, and it should not delay or affect other scheduled dates in the case. *See* ADR Plan, Section 4.1(C).

       Defendant's response to plaintiff's motion for summary judgment is due November 23, 2015.

       IT IS SO ORDERED.

                                                       _____
                                                          DAVID G. LARIMER
                                                       United States District Judge

Dated: Rochester, New York
         August 26, 2015