UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
JONATHAN PAUL CATLIN

      **Plaintiff,**

**v.**

**LTD FINANCIAL SERVICES, LP,**

      **Defendant.**

**MEDIATION CERTIFICATE**

**Civil Action No.: 15-cv-6214**

I hereby certify that:

☐ Case has settled prior to scheduling first session.

☐ Case has settled prior to session scheduled for _____.

☑ Mediation session was held on **October 7, 2015**.

    ☐ **Case has settled**.

    ☐ **Case has not settled**. Mediation will continue on _____.
           (specific date)

    ☐ **Case has not settled.** The parties will schedule another session at a later date.

    ☒ **Case has not settled.** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Date:   October 7, 2015                    s/ Patrick B. Naylon
                                                             Mediator

Additional Comments.