UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------x
JONATHAN PAUL CATLIN,

               Plaintiff,         STIPULATION OF DISMISSAL

   -against-                         15-CV-6214

LTD FINANCIAL SERVICES, L.P.,

               Defendant.
----------------------------------x



       WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

       WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

       IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against LTD FINANCIAL SERVICES, L.P., with prejudice and without costs to any party.

JONATHAN PAUL CATLIN                     LTD FINANCIAL SERVICES, L.P.

*/s/ Jonathan P Catlin*                      */s/ Arthur Sanders*
Jonathan Paul Catlin                      ARTHUR SANDERS, ESQ.
                                             BARRON & NEWBURGER, P.C.
P.O. Box 313                                 30 South Main Street
Naples, ID 83847                         New City, NY  10956
Plaintiff Pro Se                          Attorney for defendant